

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00126-CV

| | | |
|---|---|---|
| JAN MOGGED, JAMES RICHARD FLETCHER, AND MICHAEL ALAN TAYLOR, Appellants and Cross-Appellees | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-278342-15) |
| | § | December 31, 2018 |
| V. | | |
| | § | Concurring opinion by Justice Meier |
| BOBBY WAYNE LINDAMOOD JR. AND JR'S DEMOLITION & EXCAVATION, INC., Appellees and Cross-Appellants | § | Dissenting and Concurring opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there

was error in part of the trial court's judgment. It is ordered that the trial court's

judgment is affirmed in part and reversed in part. We reverse the trial court's "Order

on Motion to Dismiss" as to Bobby Wayne Lindamood's defamation claim against

Michael Alan Taylor, and we remand that claim to the trial court for further proceedings.  We affirm the remainder of the "Order on Motion to Dismiss."  We reverse the trial court's "Order on Attorneys' Fees, Costs, Expenses, and Sanctions Pursuant to Tex. Civ. Prac. & Rem. Code Ann. § 27.009," and we remand to the trial court the issue of attorneys' fees, sanctions, and court costs awardable to Jan Mogged and James Richard Fletcher.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By: _/s/ Brian Quinn_____
    Chief Justice Brian Quinn